

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN
XXXXXXXXXXXON
ATTORNEY GENERAL

AUSTIN 11, TEXAS

*Superseded by*
*Art 29d. V.C.S.*

Honorable Robert D. Penn
County Attorney
Reeves County
Pecos, Texas

Dear Sir:
                              Opinion No. 0-2982
                              Re:  1940 Census of Reeves County

   We have your letter of December 17, 1940, which reads
in part as follows:

   "Reeves county has had one person for
County and District Clerk by reason of the fact
that the census report for 1930 showed the pop-
ulation to be less than 8000, as provided by
Art. V, Sec. 20; Art. 1903, R.C.S.

   "On June 11th the County Judge of Reeves
County received a certificate from the Super-
visor of Census that the population of Reeves
County was 7,981.  After this date several
newspapers of general circulation published
the official census of Reeves County as 8,187.
The County Clerk then wrote the newspapers
and supervisor for a correct  statement of the
census and in about two weeks several of the
newspapers published the official census as
7,981 (others did not correct their original
statements).  The supervisor then wrote the
County Clerk that the official census that he
had sent into Washington was 8,003.

   "Under these circumstances we were at a
loss to know how to print the General Election
Ballot.  In the democratic primary Mr. W.E.
Reeder was nominated for the County and Dis-
trict Clerk.  We knew that if the census show-
ed a population over 8000 the office would be
divided as per your opinion No. 0-2561 To: K.D.
Hall, County Attorney, Refugio County, Dated
July 25, 1940 and citations thereunder.

   "Knowing the foregoing and that the census
had been published two ways the County Judge was

advised to have the office of District Clerk
printed on the ballot, which was done and Mrs.
Vannie Hester Ingle was elected to that office.
The County Judge was also advised to print upon
the ballot the office of County and District
Clerk which was done and W. E. Reeder was elect-
ed to that office.

"As I see the matter at this time we are
faced with several questions. First, which census
report will control? I have no case or statu-
tory authority to present upon this question as
I have been unable to find any. If the last
report of the supervisor may be taken as offi-
cial then the office is divided. If this re-
port is not official then which newspaper re-
port is official or should we consider official
the report of the supervisor to the County Judge
on June 11, 1940.

"Secondly, if the official report is over
8000 then who is elected District Clerk as both
candidated were elected, one for District Clerk
and the other for County and District Clerk."

We have made an independent investigation of the Fed-
eral Census Bureau reports and find that the most recent pub-
lished report by the Bureau as of this date is a printed, so-
called preliminary report dated September 9, 1940, which shows
Reeves County to have a population of 7,981. As this report,
though not final, constituted the only official published re-
port of the Federal Census Bureau giving the population of
Reeves County as of the date of the general election, we are of
the opinion that it must be controlling as regards your question.
Consequently, under the authorities cited in our opinions No.
0-2561, No. 0-2337 and No. 0-2591, copies of which are enclosed
herewith, we believe that since the population of Reeves County
is less than 8,000 there exists only the one office of county
and district clerk for the term 1941-42, to which, according to
your letter, W. E. Reeder has been duly elected.

Yours very truly

ATTORNEY GENERAL OF TEXAS

WRK:LM:wc
ENCLOSURES

APPROVED DEC 21, 1940
s/Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

By s/Walter R. Koch
   Walter R. Koch
   Assistant